ORIGINAL

NORMAN H. LEVINE (SBN 061884)
NLevine@GreenbergGlusker.com
RACHEL WILKES BARCHIE (SBN 240642)
RBarchie@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

RICHARD L. MANN - Bar No. 66702
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: rmann@ebg-law.com

Attorneys for Defendant
Premier Incentive Group, LLC



FILED
DEC 08 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R & R SAILS, INC. dba HOBIE CAT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER INCENTIVE GROUP, LLC; COSTCO WHOLESALE CORPORATION; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. '11 CV2866 JLS WMc<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION 18 U.S.C. § 1964; 28 U.S.C. §1441**<br><br>**(SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, CASE NO. 37-2001-00053159-CU-BT-NC)** |

TO THE CLERK OF THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

71825-00239/1805329.1

DEFENDANT COSTCO WHOLESALE
CORPORATION'S NOTICE OF REMOVAL OF
CIVIL ACTION

PLEASE TAKE NOTICE that Defendants Costco Wholesale Company ("Costco") and Premier Incentive Group, LLC ("Premier") hereby remove the above-captioned matter, which was commenced as Case Number 37-2011-00053159-CU-BT-NC in the Superior Court of the State of California for the County of San Diego, to the United States District Court for the Southern District of California pursuant to 18 U.S.C. § 1964, and 28 U.S.C. §1441. In support of its Notice of Removal, Costco and Premier state the following:

1. Costco and Premier were not served with a copy of the original Complaint. Costco was served with a copy of the First Amended Complaint on or about April 14, 2011. Premier was served with a copy of the First Amended Complaint on or about April 25, 2011.

2. The First Amended Complaint alleged five causes of action, all arising solely under state law, i.e. unfair competition, intentional interference with contractual relations, negligent interference with economic relations, unjust enrichment and fraud. The fraud cause of action did not name Costco as a defendant.

3. While there appeared to be diversity of citizenship between plaintiff and the defendants named in the First Amended Complaint (ignoring the Doe defendants), it could not be determined from the face of the pleading whether or not the amount in controversy exceeded $75,000. Discovery responses subsequently received by Costco suggested that it did not.

4. On November 18, 2011, the Superior Court granted Plaintiff leave to file a Second Amended Complaint. The Second Amended Complaint was deemed filed and served that date. The Second Amended Complaint added a cause of

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

action against Costco for fraud and causes of action against Costco and Premier for conversion and conspiracy, and, for the first time, a claim arising under federal law, violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, et seq.

5.   By virtue of the filing of the Second Amended Complaint, the action is now subject to removal. If the First Amended Complaint was not subject to removal because the amount in controversy was less than $75,000, then the Second Amended Complaint is the first pleading subject to removal, and therefore removable under 28 U.S.C. § 1446(b).

6.   If the First Amended Complaint had been removable on the grounds of diversity of citizenship because the amount in controversy did exceed $75,000, the action is nevertheless removable now. The addition of the federal RICO claim changes the character of the litigation so as to make it substantially a new lawsuit. *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247 (9th Cir. 2006); *Craig Food Indus. v. Taco Time Intern., Inc.*, 469 F.Supp. 516 (D. Utah. 1997) (allowing federal question removal even though the original pleading could have been removed based on diversity); 14C Wright and Miller, FEDERAL PRACTICE AND PROCEDURE § 3731 (2009).

7.   Costco's Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days of date on which the Second Amended Complaint was deemed filed and served. That time is measured from the date the state court granted the motion to amend. *Sullivan v. Conway*, 157 F.3d 1092, 1094 (7th Cir. 1998). *Lion Raisins, Inc. v. Fanucchi*, 788 F. Supp. 2d 1167, 1174 (E.D. Cal. 2011).

8. A contrary rule would encourage plaintiffs suing out-of-state defendants and wishing to avoid a federal forum to omit federal claims from the initial pleading and to amend thirty days from the date of service. It would also encourage out-of-state defendants to remove state court claims out of concern that a federal claim might be added at a date too late to remove.

9. Removal to this judicial district is proper under 28 U.S.C. § 1441(a) because it embraces the place where this action was originally pending. The case was commenced in San Diego County.

10. The following constitutes all of the process, pleadings and other papers served on and by Costco and Premier in this action (not including discovery documents which are not generally filed with the Court). True and correct copies are attached hereto and incorporated herein:

    Exhibit 1:    First Amended Complaint, filed April 11, 2011; Notice of Case Assignment; Alternative Dispute Resolution (ADR) Information

    Exhibit 2:    Summons, filed April 11, 2011

    Exhibit 3:    Ex Parte Application for (1) Temporary Restraining Order; and (2) Order to Show Cause re: Preliminary Injunction, dated April 14, 2011

    Exhibit 4:    Declaration of Ruth Triglia in Support of Ex Parte Application for (1) Temporary Restraining Order; and (2) Order to Show Cause re: Preliminary Injunction, dated April 14, 2011

    Exhibit 5:    Declaration of Steven J. Cologne in Support of Ex Parte Application for (1) Temporary Restraining Order; and (2) Order to Show Cause re: Preliminary Injunction, dated April 14, 2011

    Exhibit 6:    Notice of Ex Parte Application and Ex Parte Application for Expedited Discovery, dated April 11, 2011

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71825-00239/1805329.1    4    DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION

   Exhibit 7: Defendant Costco Wholesale Corporation's Opposition to Ex Parte Application for Temporary Restraining Order; Declaration of Steve Hardie; Evidentiary Objections, filed April 18, 2011

   Exhibit 8: Defendant Costco Wholesale Corporation's Opposition to Ex Parte Application for Expedited Discovery, filed April 18, 2011

   Exhibit 9: Minute Order dated April 19, 2011, continuing hearing on ex parte applications

   Exhibit 10: Minute Order dated April 21, 2011, granting temporary restraining order as to defendant Premier and denying as to defendant Costco, setting hearing on preliminary injunction, and setting deposition to be taken in the office of defendant's attorney

   Exhibit 11: Order granting temporary restraining order as to defendant Premier and denying as to defendant Costco, and setting hearing on preliminary injunction, filed April 21, 2011

   Exhibit 12: Order granting ex parte application for expedited discovery, filed April 21, 2011

   Exhibit 13: Notice of Hearing on Demurrers; Demurrers of Defendant Costco Wholesale Corporation to Plaintiff's First Amended Complaint, filed May 16, 2011

   Exhibit 14: Answer of Premier Incentive Group, LLC to First Amended Complaint, dated June 3, 2011

   Exhibit 15: Opposition to Demurrers of Costco Wholesale Corporation to Hobie Cat Company's First Amended Complaint, dated June 20, 2011

   Exhibit 16: Reply Brief in Support of Demurrers of Defendant Costco Wholesale Corporation to Plaintiff's First Amended Complaint, filed June 24, 2011

   Exhibit 17: Minute Order dated July 1, 2011 overruling demurrer to first cause of action and sustaining demurrer without leave to amend to fourth cause

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

of action.

    Exhibit 18:  Notice of Ruling re Defendant Costco Wholesale Corporation's Demurrers to Plaintiff's First Amended Complaint, filed July 5, 2011

    Exhibit 19:  Answer of Defendant Costco Wholesale Corporation to Plaintiff's First Amended Complaint, filed July 9, 2011

    Exhibit 20:  Notice of Hearing served August 10, 2011, setting Civil Case Management Conference for September 9, 2011

    Exhibit 21:  Case Management Statement of Defendant Costco Wholesale Corporation, filed August 24, 2011

    Exhibit 22:  Case Management Statement of Defendant Premier Incentive Group, LLC, dated August 24, 2011

    Exhibit 23:  Case Management Statement of Plaintiff, dated August 25, 2011

    Exhibit 24:  Minute Order dated September 9, 2011 setting trial and other dates

    Exhibit 25:  Notice of Hearing served September 9, 2011, setting Civil Jury Trial for April 13, 2012

    Exhibit 26:  Notice of Motion and Motion of Hobie Cat Company for Leave to File a Second Amended Complaint, dated September 23, 2011

    Exhibit 27:  Notice of Lodgment in Support of Hobie Cat Company's Motion for Leave to File a Second Amended Complaint, dated September 23, 2011

    Exhibit 28:  Declaration of Robert J. Fitzpatrick in Support of Motion for Leave to File Second Amended Complaint, dated September 23, 2011

    Exhibit 29;  Memorandum in Support of Hobie Cat Company's Motion for Leave to File a Second Amended Complaint, dated September 23, 2011

    Exhibit 30:  Costco's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, filed November 3, 2011

        Exhibit 31:  Reply of Hobie Cat Company in Support of Motion for Leave to File Second Amended Complaint, dated November 10, 2011

        Exhibit 32:  Minute Order dated November 18, 2011 granting leave to file a second amended complaint conditioned on plaintiff's permitting its president and vice-president of sales to be deposed again, with each deposition not to exceed 2-1/2 hours, and deeming the second amended complaint filed and served on November 18, 2011

        Exhibit 33:  Second Amended Complaint, deemed filed November 18, 2011

        Exhibit 34:  Notice of Hearing on Demurrers to Second Amended Complaint; Demurrers of Defendant Costco Wholesale Corporation to Plaintiff's Second Amended Complaint, filed November 22, 2011

        Exhibit 35:  Answer of Premier Incentive Group, LLC to Second Amended Complaint, dated November 22, 2011

        Exhibit 36:  Opposition to Demurrers of Costco Wholesale Corporation to Hobie Cat Company's Second Amended Complaint, dated December 5, 2011

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71825-00239/1805329.1

7

DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION

BASED ON THE FOREGOING, Costco hereby removes this action, now pending in the Superior Court of the State of California for the County of San Diego, to the United States District Court for the Southern District of California.

DATED: December 8, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: *[signature]*
NORMAN H. LEVINE
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

DATED: December 7, 2011

EZRA BRUTZKUS GUBNER LLP

BY: *[signature]*
RICHARD L. MANN
Attorneys for Defendant
Premier Incentive Group, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71825-00239/1805329.1

8

DEFENDANT COSTCO WHOLESALE
CORPORATION'S NOTICE OF REMOVAL OF
CIVIL ACTION

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**ORIGINAL**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

R & R SAILS, INC. dba HOBIE CAT COMPANY;

**DEFENDANTS**

PREMIER INCENTIVE GROUP, LLC; COSTCO WHOLESALE CORPORATION; and DOES 1-100, Inclusive.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

STEVEN J. COLOGNE, ESQ. (SBN 118534)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551   Facsimile: (619) 696-1410

**Attorneys** (If Known)

See Attachment.

FILED DEC 08 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

'11 CV 2866 JLS WMc

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
RICO, 18 U.S.C. § 1961 et seq. Alleged improper acquisition of goods.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2
71825-00239/1805634.1

33161  $350 — MB 12/08/11

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington (Costco Wholesale Corporation); Nevada (Premier Incentive Group, LLC |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego and others | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date December 8, 2011
NORMAN H. LEVINE

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## ATTACHMENT TO CIVIL CASE COVER SHEET

Section (b):  Attorneys (If Known)

| | |
|---|---|
| NORMAN H. LEVINE, ESQ. (SBN 061884)<br>NLevine@GreenbergGlusker.com<br>RACHEL WILKES BARCHIE (SBN 240642)<br>RBarchie@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN<br>   & MACHTINGER LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA  90067-4590<br>Telephone:  (310) 553-3610<br>Facsimile:  (310) 553-0687 | Attorneys for Defendant<br>COSTCO WHOLESALE CORPORATION |
| RICHARD L. MANN (SBN 66702)<br>rmann@ebg-law.com<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA  91367<br>Telephone:  818.827.9000<br>Facsimile:   818.827.9099 | Attorneys for Defendant<br>PREMIER INCENTIVE GROUP, LLC |

71825-00239/1805742.1